IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Epps, Feguier A

Printed: 1/29/08

Case Number: 07 B 09982
Judge: Hollis, Pamela S
Filed: 6/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,414.00 | 0.00 |
| 2. | Illinois Dept of Revenue | Priority | 151.03 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 880.50 | 0.00 |
| 4. | ER Solutions | Unsecured | 39.28 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 15.26 | 0.00 |
| 6. | Cavalry Portfolio/Collection | Unsecured | 93.04 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 27.56 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 74.77 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 43.75 | 0.00 |
| 10. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | AR Resources | Unsecured |  | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 18. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 19. | Park Dansan | Unsecured |  | No Claim Filed |
| 20. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 4,739.19 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate                Total Fees

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Epps, Feguier A

Printed:  1/29/08

Case Number:  07 B 09982
Judge:  Hollis, Pamela S
Filed:  6/4/07

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

